UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG, CLERK
JUN 07 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

SUPEREDING INDICTMENT

**CYNTHIA ALLEN**
**TERRY COTTON**, a/k/a Daddy O
**TERRY JENKINS**

NO.   3:15CR-58-TBR
18 U.S.C. § 982
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1028A(c)(11)
18 U.S.C. § 1028
18 U.S.C. § 1347
18 U.S.C. § 1349
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(E)(i)
21 U.S.C. § 846
21 U.S.C. § 853
42 U.S.C. § 408(a)(7)(B)

The Grand Jury charges:

## COUNT 1
(Conspiracy – Health Care Fraud)

On or about and between November 27, 2012, and continuing through October 16, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants herein, **CYNTHIA ALLEN, TERRY COTTON,** a/k/a Daddy O, and **TERRY JENKINS**, knowingly and willfully combined, conspired, confederated, and agreed with each other and others, known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1347, that is, to knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs and to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of health care benefit programs, in connection with the delivery of, and payment for, health care

benefits, items, and services, to wit: **CYNTHIA ALLEN**, **TERRY COTTON**, a/k/a Daddy O, and **TERRY JENKINS** recruited individuals to participate in a staged automobile accident, where one vehicle intentionally struck another vehicle. Some of the participants were then directed to seek chiropractic treatment from the clinic where **CYNTHIA ALLEN** was employed, and were directed to seek pain management treatment, including receiving pain medication, at Injury Rehab Specialists of Lou, PLLC, where **CYNTHIA ALLEN** subsequently became employed. As a result of these acts, among others, automobile insurance companies were billed for and paid for unnecessary treatment at the chiropractic clinic; Injury Rehab Specialists of Lou, PLLC; and other medical providers.

In violation of Title 18, United States Code, Section 1349.

The Grand Jury further charges:

## COUNT 2
(Health Care Fraud)

On or about and between November 27, 2012, and continuing through on or about October 16, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant herein, **TERRY JENKINS**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud health care benefit programs and to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of health care benefit programs, in connection with the delivery of, and payment for, health care benefits, items, and services, to wit: **TERRY JENKINS** caused a fraudulent settlement demand to be submitted to Safe Auto Insurance Company for alleged injuries he sustained in a staged automobile accident, as described in Count 1 above, and received a settlement of $11,000.00.

In violation of Title 18, United States Code, Section 1347.

The Grand Jury further charges:

## COUNT 3
(Conspiracy – Unlawful Distribution)

On or about and between June 20, 2012, and continuing through on or about January 17, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants herein, **CYNTHIA ALLEN** and **TERRY COTTON**, a/k/a Daddy O, and others, known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and dispense, and caused to be distributed and dispensed, a mixture and substance containing a detectable amount of hydrocodone, a Schedule III Controlled Substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(E)(i), and 846.

The Grand Jury further charges:

## COUNT 4
(Social Security Number Fraud)

On or about January 16, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant herein, **CYNTHIA ALLEN**, for the purpose of obtaining hydrocodone from a Kroger Pharmacy, and with intent to deceive, falsely represented to the Kroger Pharmacy that her Social Security number was \*\*\*-\*\*-3971, when in fact, as she then well knew, such number was not the Social Security number assigned to her by the Commissioner of Social Security.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

The Grand Jury further charges:

## COUNT 5
(Aggravated Identity Theft)

On or about January 16, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant herein, **CYNTHIA ALLEN**, did knowingly possess, transfer, and use the means of identification of another person, L.M., without lawful authority, during and in relation to the offense charged in Count 4.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(11).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Sections 1028A, 1347 and 1349; Title 21, United Sates Code, Sections 841 and 846; and Title 42, United States Code, Section 408, the defendants herein, **CYNTHIA ALLEN**, **TERRY COTTON**, a/k/a Daddy O, and **TERRY JENKINS**, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and (7), and 1028; and Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

*Laura A. Hill*
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY
JEK:JRA:LJW:20160422

4

UNITED STATES OF AMERICA v. **CYNTHIA ALLEN, TERRY COTTON**, a/k/a Daddy O, and **TERRY JENKINS**

## PENALTIES

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 3: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 4: NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 5: 2 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 3:15CR-58-TBR

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.

CYNTHIA ALLEN

TERRY COTTON, a/k/a Daddy O

TERRY JENKINS

## SUPERSEDING INDICTMENT

Title 18 U.S.C. §§ 1349; 1347; 1028A(a)(1); 1028A(c)(11);
Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(E)(i); 846;
Title 42 U.S.C. § 408(a)(7)(B):
Conspiracy to Commit Health Care Fraud; Health Care Fraud; Conspiracy to Distribute and Dispense Hydrocodone; Social Security Number Fraud; Aggravated Identity Theft.

FILED
VANESSA L. ARMSTRONG, CLERK
JUN 07 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*A true bill.*

_____ /Foreperson

*Filed in open court this 7th day, of June, 2016.*

_____ Clerk

*Bail, $*